ELLIS, C. J., AND STRUM AND BROWN, J. J., concur in the opinion and judgment.

Opinion filed December 22, 1928.

*C. P. Diamond* and *Guyte P. McCord,* for Appellant; *Vocelle & Mitchell,* for Appellees.

SMITH & WEST COAST LUMBER COMPANY, a Corporation, *Appellants,* v. ATLANTA & LOWRY NATIONAL BANK et al., *Appellees.*

En Banc.

Opinion filed December 22, 1928.

*Will O. Murrell,* Attorney for Appellants;

*Treadwell & Treadwell,* Attorneys for Appellees.